# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 06-032-M |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| UBALDO CHAVEZ-AMEZCUA, | ) | |
| Defendant. | ) | |

<u>Offense charged</u>:

    Illegal Reentry after Deportation

<u>Date of Detention Hearing</u>:   Initial Appearance January 25, 2006

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

    <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    (1)    Defendant was not interviewed by Pretrial Services.  He was born in Mexico.

DETENTION ORDER                                                                                                 15.13
18 U.S.C. § 3142(i)                                                                                                   Rev. 1/91
PAGE 1

01 There is no additional information available regarding his personal history, residence, family ties,

02 ties to this District, income, financial assets or liabilities, physical/mental health or controlled

03 substance use if any.  Defendant is associated with several alias names.

04     (2)    Defendant's criminal history includes prior deportation proceedings and a failure

05 to appear.

06     (3)    BICE has placed a detainer on the defendant.  Based on this, the defendant does

07 not contest detention.

08     (4)    The defendant poses a risk of nonappearance due to prior deportation proceedings,

09 and his status as a citizen and national of Mexico.

10     (5)    There does not appear to be any condition or combination of conditions that will

11 reasonably assure the defendant's appearance at future Court hearings while addressing the danger

12 to other persons or the community.  It is therefore ORDERED:

13     (1)    Defendant shall be detained pending trial and committed to the custody of the

14         Attorney General for confinement in a correction facility separate, to the extent

15         practicable, from persons awaiting or serving sentences or being held in custody

16         pending appeal;

17     (2)    Defendant shall be afforded reasonable opportunity for private consultation with

18         counsel;

19     (3)    On order of a court of the United States or on request of an attorney for the

20         Government, the person in charge of the corrections facility in which defendant

21         is confined shall deliver the defendant to a United States Marshal for the purpose

22         of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this  25th  day of  January , 2006.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER                                                      15.13
18 U.S.C. § 3142(i)                                              Rev. 1/91
PAGE 3